# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RONNIE LEE MOORE**  **PLAINTIFF**
**ADC #133155**

**v.**  **CASE NO. 4:19-CV-00817 BSM**

**CJ SAVAGE,** *et al.*  **DEFENDANTS**

## ORDER

The clerk is directed to transfer this case to the United States District Court for the Western District of Arkansas. Venue properly lies in the Western District because events giving rise to this cause of action took place in the Western District and the defendants reside in the Western District. *See* 28 U.S.C. § 1391(b). The interests of justice are best served by transfer. *See* 28 U.S.C. § 1406(a).

IT IS SO ORDERED this 18th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE