IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RONNIE LEE MOORE                                                                        PLAINTIFF

v.                                      Civil No. 6:19-CV-06135

CJ SAVAGE (Investigator, Group 6 Drug
Task Force Narcotics Team), NEVADA
COUNTY, AR (Malvern Group 6 Narcotics
Team), ROY BETHAM (Lt., Group 6)                                                       DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed February 24, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8.) Judge Ford notes Plaintiff failed to file to comply with Court orders and failed to inform the Court of his new address and has not otherwise communicated with the Court. Judge Ford recommends the case be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). On March 5, 2020, Plaintiff's mail was returned to the Clerk of Court as undeliverable, marked "unable to forward." (ECF No. 9.)

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint should be and hereby is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**, this 20th day of May 2020.

.

*/s/Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE